**Order entered January 27, 2023**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-01004-CV

**ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, Appellant**

**V.**

**SUZZETT YARUM, Appellee**

### On Appeal from the County Court at Law No. 3
### Dallas County, Texas
### Trial Court Cause No. CC-18-02852-C

## ORDER

By order dated January 9, 2023, we notified Janet Wright, the official court reporter for County Court at Law No. 2, that the reporter's record in this case was overdue and ordered her to file either (1) the reporter's record, (2) written verification no hearings were recorded, or (3) written verification appellant has not paid for or made arrangements to pay for the reporter's record. Ms. Wright has not responded to the Court's order. However, appellant filed a letter informing the Court that it had requested the reporter's record, been in contact with Ms. Wright

regarding the cost of the record, and was ready and willing to pay for the record once Ms. Wright informs appellant of the cost of the record.

Accordingly, we **ORDER** Janet Wright to file the reporter's record by **February 13, 2023**.

We **DIRECT** the Clerk to send copies of this order to:

Honorable Sally Montgomery
Presiding Judge
County Court at Law No. 3

Janet Wright
Official Court Reporter
County Court at Law No. 3

All parties

/s/   ROBERT D. BURNS, III
      CHIEF JUSTICE